## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN ROMINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO. 06-931-WDS |
| | ) |
| MERCK & CO., INC., et al., | ) |
| | ) |
| Defendants. | ) |

### O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: November 28, 2006.**

                                s/ WILLIAM D. STIEHL
                                    DISTRICT JUDGE


Case reassigned to United States District Judge David R. Herndon.  All future pleadings shall bear Case No. 06-931-DRH.