JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DEC 2 9 2006**

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-80)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court
for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. § 1407.  *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005).  Since that time, 5,552 additional
actions have been transferred to the Eastern District of Louisiana.  With the consent of that court,
all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Eastern District of Louisiana and assigned to
Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>,
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with
the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the Eastern District of Louisiana.  The transmittal of this order to said
Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with
the Clerk of the Panel within this 15-day period, the stay will be continued until further order of
the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SCHEDULE CTO-80 - TAG-ALONG ACTIONS**
**DOCKET NO. 1657**
**IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY**
**LITIGATION**

**DIST. DIV. C.A. #**                    **CASE CAPTION**

CALIFORNIA CENTRAL
    CAC  2  06-7329          Martha Fernandez v. Merck & Co., Inc.

CALIFORNIA EASTERN
    CAE  2  06-2436          Ray Slusser v. Merck & Co., Inc., et al.
    CAE  2  06-2523          Anthony Gutierrez, et al. v. Merck & Co., Inc., et al.
    CAE  2  06-2525          Ruby Wheeler, etc. v. Merck & Co., Inc., et al.
    CAE  2  06-2546          Michael A. Gamberg, Sr., et al. v. Merck & Co., Inc., et al.
    CAE  2  06-2547          Ernest E. Whitesell, et al. v. Merck & Co., Inc., et al.
    CAE  2  06-2548          Nirmal S. Bains, et al. v. Merck & Co., Inc., et al.
    CAE  2  06-2559          William D. Schnack, et al. v. Merck & Co., Inc., et al.
    CAE  2  06-2560          Susan Leslie, et al. v. Merck & Co., Inc., et al.
    CAE  2  06-2563          Kathie K. Sabato, et al. v. Merck & Co., Inc., et al.
    CAE  2  06-2568          Michael D. Ento v. Merck & Co., Inc., et al.
    CAE  2  06-2574          Terry Gann v. Merck & Co., Inc., et al.
    CAE  2  06-2575          Louis M. Fatur, etc. v. Merk & Co., Inc., et al.
    CAE  2  06-2598          Joan A. Olson v. Merck & Co., Inc., et al.
    CAE  2  06-2599          Denise G. Crank v. Merck & Co., Inc., et al.
    CAE  2  06-2600          Betty Phares, et al. v. Merck & Co., Inc., et al.
    CAE  2  06-2601          Jacqueline K. O'Sullivan v. Merck & Co., Inc., et al.

CALIFORNIA NORTHERN
    CAN  3  06-7068          Joan H. Cole v. Merck & Co., Inc.
    CAN  3  06-7069          George Bernal v. Merck & Co., Inc.
    CAN  3  06-7084          Maria Estella Rosendo v. Merck & Co., Inc.
    CAN  3  06-7085          Roberta Salazar v. Merck & Co., Inc.
    CAN  3  06-7163          Katherine Kloverstrom v. Merck & Co., Inc., et al.
    CAN  4  06-7118          Michael Sisson v. Merck & Co., Inc.
    CAN  4  06-7120          Joanne Rincon, et al. v. Merck & Co., Inc.
    CAN  5  06-7040          Viet Tran v. Merck & Co., Inc.

CALIFORNIA SOUTHERN
    ~~CAS  3  06-2535~~          ~~Hermogenes Del Rosario v. Merck & Co., Inc., et al.~~  **OPPOSED 1/10/07**
    ~~CAS  3  06-2536~~          ~~Maria Graham, etc. v. Merck & Co., Inc., et al.~~  **OPPOSED 1/10/07**
    ~~CAS  3  06-2537~~          ~~Sandra Boardman, etc. v. Merck & Co., Inc., et al.~~  **OPPOSED 1/10/07**
    ~~CAS  3  06-2538~~          ~~Lloyd Bell, etc. v. Merck & Co., Inc., et al.~~  **OPPOSED 1/10/07**
    ~~CAS  3  06-2539~~          ~~Joseph Cornwall, etc. v. Merck & Co., Inc., et al.~~  **OPPOSED 1/10/07**

FLORIDA MIDDLE
    FLM  5  06-414           Patricia Terry v. Merck & Co., Inc., et al.
    FLM  8  06-2178          Donald R. Breckley, etc. v. Merck & Co., Inc., et al.
    FLM  8  06-2180          Costas Gianaros v. Merck & Co., Inc., et al.
    FLM  8  06-2195          Victor Rodriguez Rojas v. Merck & Co., Inc., et al.

FLORIDA SOUTHERN
    FLS  1  06-22737         Manuel Ramirez, etc. v. Merck & Co., Inc.

ILLINOIS NORTHERN
    ILN  1  06-6150          Celia Bucio, et al. v. Merck & Co., Inc.
    ILN  1  06-6413          Emma Bruce, etc. v. Merck & Co., Inc.

SCHEDULE CTO-80 - TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 2 OF 3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ILLINOIS SOUTHERN** | | |
| ILS 3  06-913 | Donald Cuff v. Merck & Co., Inc. | |
| ILS 3  06-931 | Glenn Romine v. Merck & Co., Inc., et al. | |
| ILS 3  06-934 | Joseph Hogg v. Merck & Co., Inc. | |
| ILS 3  06-935 | Jessie Lucas v. Merck & Co., Inc. | |
| ILS 3  06-936 | Barbara J. McKeal v. Merck & Co., Inc. | |
| ILS 3  06-937 | Jack Ridinger v. Merck & Co., Inc. | |
| ~~ILS 3  06-948~~ | ~~Patricia A. Taylor v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/10/07** |
| ILS 3  06-949 | Pearl Hayes, et al. v. Merck & Co., Inc. | |
| ~~ILS 3  06-965~~ | ~~Richard Schlemer v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/10/07** |
| ILS 3  06-966 | Lucy Petty, etc. v. Merck & Co., Inc., et al. | |
| ~~ILS 3  06-967~~ | ~~Melvin Mayfield v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/10/07** |
| **MARYLAND** | | |
| MD  1  06-3063 | George Pipiris, et al. v. Merck & Co., Inc. | |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1  06-313 | V.J. Robinson, et al. v. Merck & Co., Inc., et al. | |
| MSN 3  06-143 | Scott Neal, et al. v. Merck & Co., Inc. | |
| **NEW YORK SOUTHERN** | | |
| NYS 1  06-13145 | Antonia Cannavo, et al. v. Merck & Co., Inc. | |
| **OHIO NORTHERN** | | |
| OHN 1  06-2582 | Cynthia L. Walters-Farmer, et al. v. Merck & Co., Inc. | |
| **PENNSYLVANIA EASTERN** | | |
| ~~PAE 2  06-5124~~ | ~~Marion Gass v. Merck & Co., Inc.~~ | **OPPOSED 1/16/07** |
| **SOUTH CAROLINA** | | |
| ~~SC  4  06-3225~~ | ~~Joyce R. Sanders, etc. v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/16/07** |
| SC  4  06-3280 | Virginia Dorriety v. Merck & Co., Inc. | |
| SC  8  06-3230 | Ruby Jean Isler v. Merck & Co., Inc. | |
| **TENNESSEE EASTERN** | | |
| TNE 1  06-249 | Margaret Tregaskis, etc. v. Merck & Co., Inc. | |
| **TEXAS EASTERN** | | |
| TXE 1  06-732 | Sam A. Maida v. Merck & Co., Inc. | |
| TXE 2  06-476 | George Carter, et al. v. Merk & Co., Inc. | |
| TXE 6  06-492 | Dennis March v. Merck & Co., Inc. | |
| TXE 9  06-255 | Michael Braid, et al. v. Merck & Co., Inc., et al. | |
| **TEXAS NORTHERN** | | |
| TXN 4  06-805 | Bonnie Davis v. Merck & Co., Inc. | |
| TXN 4  06-815 | Tommy Weddington v. Merck & Co., Inc. | |
| **TEXAS SOUTHERN** | | |
| ~~TXS 1  06-181~~ | ~~Maria G. Gonzalez v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/10/07** |
| TXS 1  06-185 | Rosalio Adame, et al. v. Merck & Co., Inc., et al. | |
| ~~TXS 3  06-721~~ | ~~John Blazier v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/17/07** |
| ~~TXS 3  06-723~~ | ~~Evert Crump v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/17/07** |
| ~~TXS 3  06-724~~ | ~~Richard Smith v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/17/07** |
| ~~TXS 4  06-3689~~ | ~~Vada Tolbert v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/17/07** |
| ~~TXS 7  06-345~~ | ~~Abdon Gonzalez v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/10/07** |
| ~~TXS 7  06-346~~ | ~~Maria Quintanilla v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/10/07** |
| ~~TXS 7  06-347~~ | ~~Adriana Negrete v. Merck & Co., Inc., et al.~~ | **OPPOSED 1/10/07** |

SCHEDULE CTO-80 - TAG-ALONG ACTIONS (MDL-1657)                                   PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS WESTERN** | |
| TXW 1 06-902 | James Mercer v. Merck & Co., Inc., et al. |
| ~~TXW 5 06-985~~ | ~~Selma Gonzalez, et al. v. Merck & Co., Inc., et al.~~ **OPPOSED 1/10/07** |
| | |
| **UTAH** | |
| UT 2 06-986 | Lisa Ann Phillips, et al. v. Merck & Co. Inc. |

## INVOLVED COUNSEL LIST (CTO-80)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Douglas A. Allison
Law Offices of Douglas A. Allison
500 North Water Street
South Tower, Suite 1200
Corpus Christi, TX 78471

Bruce Edwin Anderson
Brin & Brin, P.C.
10999 IH-10 West
Suite 800
San Antonio, TX 78230

Robert F. Arentz
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Kurt Brynilde Arnold
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002

James E. Babcock
Spinak, Levinson, Babcock & Iversen
134 North LaSalle Street
Suite 1020
Chicago, IL 60602

K. Camp Bailey
Bailey Perrin Bailey, LLP
The Lyric Center
440 Louisiana Street
Suite 2100
Houston, TX 77002

Beth A. Bauer
Burroughs, Hepler, Broom,
MacDonald, et al.
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Ricardo Garza Benavides
Law Office of Mark A. Cantu
The Atrium, Suite 400
1300 North 10th Street
McAllen, TX 78501

Joseph C. Blanks
Joseph C. Blanks, P.C.
Post Office Drawer 999
Doucette, TX 75942-0999

Dana A. Blanton
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Steven J. Boranian
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Reginald C. Brown, Jr.
Hyman Law Firm
P.O. Box 1770
Florence, SC 29503

Robert A. Buccola
Dreyer, Babich, Buccola & Callaham
20 Bicentennial Circle
Sacramento, CA 95826

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Andrew John Carboy
Sullivan, Papain, Block, McGrath &
Cannavo
120 Broadway
18th Floor
New York, NY 10271

Clifford Lee Carter
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Gary Yunchian Chen
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Matthew W. Christian
Christian & Davis
P.O. Box 332
Greenville, SC 29602

William G. Colvin
Shumacker, Witt, Gaither & Whitaker
736 Market Street
1100 Suntrust Bank Building
Chattanooga, TN 37402

Bruce A. Craig
Carlile Law Firm, LLP
400 S. Alamo
Marshall, TX 75670

Dan Cytryn
Cytryn & Santana
8100 North University Drive
Suite 202
Tamarac, FL 33321

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

David A. Dick
Thompson & Coburn
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Aaron K. Dickey
Goldenberg, Heller, Antognoli,
Rowland, et al.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025

Steven A. Fabbro
Law Offices of Steven A. Fabbro
101 Montgomery Street
27th Floor
San Francisco, CA 94104

INVOLVED COUNSEL LIST (CTO-80)  MDL-1657

Lowell W. Finson
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Wilfried H. Florin
Florin, Roebig, PA
777 Alderman Road
Palm Harbor, FL 34683

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

James F. Gilligan
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216

Daniel P. Goetz
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

H. Blair Hahn
Richardson Patrick Westbrook &
Brickman LLC
P.O. Box 1007
Mt. Pleasant, SC 29465

Kevin Michael Hara
Reed Smith LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Charles C. Harrell
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P. O. Box 171443
Memphis, TN 38187-1443

Kenneth Wayne Harrell
Joye Law Firm
Northgate Office Building
5861 Rivers Avenue, Suite 101
Charleston, SC 29406

Anthony C. Hayes
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211-1070

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Jason A. Itkin
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002

Alyson B. Jones
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts, L.L.P.
One Shell Plaza, Suite 3000
910 Louisiana Street
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Monica R. Kelly
Ribbeck Law Chartered
212 West Washington Street
Suite 2108
Chicago, IL 60606

Thomas J. Kernell
Roberts & Perryman
One US Bank Plaza
Suite 2300
St. Louis, MO 63101

William A. Kershaw
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

D. David Lambert
Howard, Lewis & Petersen
120 East 300 North
P.O. Box 778
Provo, UT 84603

Kristine M. Larsen
Ray, Quinney & Nebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

William H. Liston, III
Liston/Lancaster
P.O. Box 645
Winona, MS 38967-0645

Kevin G. Lohman
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Maryanne Lyons
Baker Botts, L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Leon A. Mankowski
2624 E. Allegheny Avenue
Philadelphia, PA 19134

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Stacey A. Martinez
Fulbright & Jaworski, L.L.P.
600 Congress
Suite 2400
Austin, TX 78701

Jack H. Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street
Suite 1200
Corpus Christi, TX 78471

Amanda Jane Murray
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

David H. Nutt
David Nutt & Associates
605 Crescent Boulevard
Ridgeland, MS 39157

Robb W. Patryk
Hughes, Hubbard Law Firm
One Battery Park Plaza
New York, NY 10004

M. Kenneth Patterson
Patterson & Wagner
Northwest Center
Suite 500
7550 I-10 West
San Antonio, TX 78229

Crymes G. Pittman
Pittman, Germany, Roberts & Welsh
P.O. Box 22985
410 S. President Street
Jackson, MS 39225-2985

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Michael Y. Saunders
Helm Pletcher Bowen & Saunders
2929 Allen Parkway
Suite 2700
Houston, TX 77019

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Brian Alan Sher
Bryan Cave, LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601-3206

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

David Eugene Smith
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814

Eileen B. Smith
Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union Street
Suite 2100
Nashville, TN 37219

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Stuart C. Talley
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814-2719

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

C. Craig Woods
Squire, Sanders & Dempsey, L.L.P.
1300 Huntington Center
41 South High
Columbus, OH 43215

S. Patrick Woodson, IV
Plus, Taylor & Woodson
2600 Airport Frwy
Fort Worth, TX 76111

Alfred S. Wright
Law Office of Alfred S. Wright
1485 Park Avenue
Suite 200
San Jose, CA 95126

# INVOLVED JUDGES LIST (CTO-80)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102-3489

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums
   Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. Roger T. Benitez
U.S. District Judge
4145 Edward J. Schwartz
 U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Neal B. Biggers, Jr.
Senior U.S. District Judge
388 Federal Building
   & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons
   U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
   & U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Curtis Lynn Collier
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 831
Chattanooga, TN 37401-0831

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77704-1470

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Paul S. Diamond
U.S. District Judge
17613 James A. Byrne
 U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Mark R. Filip
U.S. District Judge
1764 Everett McKinley Dirksen
   U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. James L. Foreman
Senior U.S. District Judge
740 U.S. Courthouse
301 West Main Street
Benton, IL 62812

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
17th Floor
San Francisco, CA 94102-3434

Hon. Andrew S. Hanen
U.S. District Judge
P.O. Box 61010
Houston, TX 77208-1010

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building
& U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
7A Edward A. Garmatz
Federal Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. M. James Lorenz
U.S. District Judge
5145 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Jeffrey T. Miller
U.S. District Judge
3142 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
255 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. John A. Nordberg
Senior U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
P.O. Box 36060
San Francisco, CA 94102-3661

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse
#306
600 East Harrison Street
Brownsville, TX 78520

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. James Ware
U.S. District Judge
4050 Robert F. Peckham
U.S. Courthouse & Federal Building
280 South First Street
San Jose, CA 95113

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

Hon. Terry L. Wooten
U.S. District Judge
P.O. Box 2557
Florence, SC 29503-2557

# INVOLVED CLERKS LIST (CTO-80)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Arlen B. Coyle, Clerk
369 Federal Building
  & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Building
  & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
Federal Courthouse
104 N. 3rd St.
Lufkin, TX 75901

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

Felicia C. Cannon, Clerk
Edward A. Garmatz
  Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
  U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
101 Federal Building
  & U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
  U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
207 N.W. Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz
  Federal Building
880 Front Street
San Diego, CA 92101-8900

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198